UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/18

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA          :

    -v.-          :

PURNA CHANDRA ARAMALLA,          :

    Defendant.          :

:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION AND ORDER**

S1 14 Cr. 247 (PAC)

WHEREAS, on April 15, 2014, PURNA CHANDRA ARAMALLA (the "defendant"), was charged in a two-count Superseding Information, S1 14 Cr. 247 (PAC),(the "Information") with conspiracy to commit wire fraud and health care fraud, in violation of Title 18, United States Code, Section 1349 (Count One); and tax evasion, in violation of Title 26, United States Code, Section 7201 (Count Two);

WHEREAS, on July 25, 2014, the defendant pled guilty, pursuant to a plea agreement with the Government, to Count One of the Information;

WHEREAS, on July 29, 2014, the Court entered a Consent Preliminary Order of Forfeiture/Money Judgment (the "Preliminary Order") imposing a forfeiture money judgment against the defendant in the amount of $7,503,605 in United States currency representing property constituting and derived from proceeds traceable to the offense charged in Count One of the Information (the "Money Judgment")(Docket Entry 19);

WHEREAS, the Preliminary Order required the defendant to satisfy the Money Judgment in full within three years from the date of sentencing March 26, 2015 (the "Sentencing Date");

WHEREAS, the defendant agreed to pledge his residence located at 9 Ariel Court, Sands Point, New York 11050, Section 4 Block B, and Lot 434 (the "Subject Property") as collateral for the Money Judgment;

WHEREAS, the Preliminary Order further provided that if the defendant failed to satisfy the Money Judgment within three years from the Sentencing Date the defendant was required to immediately vacate the Subject Property and deliver control of the Subject Property to the United States Marshals Service ("USMS") in order for the USMS to market and sell the Subject Property to satisfy the Money Judgment from the net proceeds of such a sale; and

WHEREAS, on or about June 18, 2018, the Court entered a Stipulation and Order wherein the defendant and his wife, Usha Aramalla, agreed, *inter alia*, to vacate the Subject Property by July 15, 2018 (the "June Stipulation")(Docket Entry 59);

WHEREAS, on or about July 17, 2018, the Court entered a Stipulation and Order wherein the Government agreed to allow the defendant and his wife, Usha Aramalla, to remain at the Subject Property until July 31, 2018 (the "July Stipulation")(Docket Entry 60); and

WHEREAS, the Government has agreed to permit the defendant and his wife, Usha Aramalla, to remain at the Subject Property until August 31, 2018;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, by and between the United States, United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorney, Andrew C. Adams, of counsel, and the defendant, PURNA CHANDRA ARAMALLA, , by his counsel, Denis Patrick Kelleher, Esq., and his wife, Usha Aramalla, by her counsel, Duncan Levin, Esq., that:

2

1.    The Government shall permit all persons occupying the Subject Property, including defendant and Usha Aramalla and others known and unknown, to remain at the Subject Property until August 31, 2018 after which time all occupants shall vacate the Subject Property.

2.    All other provisions of the June Stipulation shall remain in effect.

3.    The Clerk of the Court shall forward four certified copies of this Stipulation and Order to Assistant United States Attorney, Niketh Velamoor, One St. Andrew=s Plaza, New York, New York, 10007.

STIPULATED TO:

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York
United States of America

By: _____        7/31/18
      Andrew C. Adams               DATE
      Assistant United States Attorney
      One Saint Andrews Plaza
      New York, New York 10007
      (212) 637-2340


PURNA CHANDRA ARAMALLA

By: _____        07/31/2018
      PURNA CHANDRA ARAMALLA      DATE

By: _____        7/31/18
      Denis Patrick Kelleher, Esq.       DATE
      Clayman & Rosenberg LLP
      305 Madison Ave. Suite 1301
      New York, New York 10165
      (212) 922-1080

[SIGNATURES CONTNIUE ON FOLLOWING PAGE]

USHA ARAMALLA

By: _____     07/31/2018
    USHA ARAMALLA                    DATE

By: _____     July 31, 2018
    Duncan Levin, Esq.                DATE
    Tucker Levin, PLLC
    230 Park Ave. Suite 440
    New York, New York 10169
    (646) 445-7825

SO ORDERED:

_____     8/1/2018
THE HONORABLE PAUL A. CROTTY            DATE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK