# Protass Law PLLC

260 Madison Avenue
22nd Floor
New York, NY 10016

T: 212-455-0335
F: 646-607-0760
hprotass@protasslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/19

December 13, 2019

12/23/2019

This application has merit. The Court's November 19, 2019 order needs no clarification; the sale should proceed.

So ordered

/s/ Paul A. Crotty
USDJ

VIA ECF

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Purna Aramalla, Case No. 14-CR-247 (PAC)</u>

Dear Judge Crotty:

This firm was recently engaged to represent Usha Aramalla in connection with the referenced matter. Mrs. Aramalla is the wife of defendant Purna Aramalla. I write today to seek clarification of an Order that this Court entered on November 19, 2019 (Docket No. 81) relating to the sale of the home that Mr. and Mrs. Aramalla jointly own. A copy of this Court's November 19, 2019 Order is attached hereto as Exhibit 1.

## Background

On July 25, 2014 Mr. Aramalla pled guilty before the Honorable James C. Francis to one count of conspiracy to commit wire fraud and health care fraud (18 U.S.C. § 1349) and one count of attempted tax evasion (28 U.S.C. § 7201). In connection therewith, Mr. Aramalla and the government entered into a plea agreement (attached hereto as Exhibit 2) and this Court entered a Preliminary Order of Forfeiture (Docket No. 23). The foregoing documents provided (among other things) for forfeiture by Mr. Aramalla of approximately $7,500,000, the collateralization of that forfeiture obligation by the home that Mr. and Mrs. Aramalla jointly own (and live in) and the forfeiture of that home if Mr. Aramalla did not pay such $7,500,000 in forfeiture within three years of sentencing. The foregoing documents further provided for restitution by Mr. Aramalla of approximately $7,500,000 and that any funds paid towards Mr. Aramalla's $7,500,000 forfeiture obligation would be used to satisfy his $7,500,000 restitution obligation.

On March 26, 2015 this Court sentenced Mr. Aramalla principally to three years imprisonment. Mr. Aramalla did not thereafter satisfy his $7,500,000 forfeiture/restitution obligation during the course of the three years that followed his sentencing hearing. Thus, and