# TUCKER LEVIN, PLLC

230 PARK AVENUE, SUITE 440

NEW YORK, NEW YORK 10169

212-330-7626

FACSIMILE: 212-422-3305

DUNCAN P. LEVIN
DIRECT DIAL: 646-445-7825
DLEVIN@TUCKERLEVIN.COM

February 4, 2020

ELECTRONICALLY FILED

Hon. Paul A. Crotty
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

2/7/2020

*The Clerks Office is directed to return the filing fee. Sordered [signature]*

Re: United States v. Purna Aramalla
S1 14-Cr.-247 (PAC)

Dear Judge Crotty:

In December 2019, this Firm sent a notice of appeal with a check for a $505 filing fee with respect to the above-captioned case. Although the fee was processed, the Court denied allowing the appeal to be filed. The undersigned spoke today with Mr. Courtney DeCasseres, the Acting Finance Manager of the U.S. District Court, who asked that Your Honor direct the Clerk's Office to return the $505 filing fee in care of Tucker Levin, PLLC at the above address. I respectfully request that the Court do so.

Respectfully submitted,

Duncan P. Levin, Esq.

cc: All parties (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-7-2020