```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :   AMENDED CONSENT PRELIMINARY
                                        ORDER OF FORFEITURE/
                                    :   MONEY JUDGMENT
                                    :
        -v.-                        :
                                    :   S1 14 Cr. 247 (PAC)
PURNA CHANDRA ARAMALLA,             :
                                    :
            Defendant.              :
- - - - - - - - - - - - - - - - - -x
```

WHEREAS, on or about April 15, 2014, PURNA CHANDRA ARAMALLA, (the "defendant") was charged in a two-count Superseding Information, S1 14 Cr. 247 (PAC) (the "Information") with conspiracy to commit wire fraud and health care fraud, in violation of Title 18, United States Code, Section 1349 (Count One); and tax evasion, in violation of Title 26, United States Code, Section 7201 (Count Two);

WHEREAS, the Information included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A) and 982(a)(7), of any property real or personal, which constitutes or is derived from proceeds traceable to the offense charged in Count, to wit conspiracy to commit wire fraud and health care fraud;

WHEREAS, on or about July 25, 2014, the defendant pled guilty to Count One of the Information, pursuant to a plea agreement (the "Plea Agreement") with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One of the Information, and agreed to forfeit a sum of money equal to $7,503,605.00 in United

States currency (the "Money Judgment"), representing any property constituting and derived from proceeds traceable to the offense charged in Count One, which was to be paid as set forth in the Consent Preliminary Order of Forfeiture/Money Judgment;

WHEREAS, on or about July 29, 2014, a Consent Preliminary Order of Forfeiture/Money Judgment was entered by the Court imposing a forfeiture money judgment in the amount of $7,503,605 in United States currency (the "Money Judgment") and provided, *inter alia*, that in the event that the Money Judgment was not fully satisfied within three years from the date of the defendant's sentencing, the Government could take possession of and liquidate 9 Ariel Court, Sands Point, New York (the "Residence") and all of the Defendant's shares of stock in JN International Medical Corporation (the "JNI Shares") in order to satisfy the Money Judgment (the "First Preliminary Order of Forfeiture")(D.E 23).

WHEREAS, the First Preliminary Order of Forfeiture also provided that the Government was restricted to satisfying the Money Judgment from the sale proceeds of the Residence and JNI Shares;

WHEREAS, the Residence and JNI Shares have not been liquidated;

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offense charged in Count One of the Information the defendant

2

personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, Acting United States Attorney, Assistant United States Attorney, Andrew C. Adams, of counsel, and the defendant, and his counsel, Catherine M. Foti, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the defendant pled guilty, the originally imposed money judgment, in the amount of $7,503,605 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information the defendant personally obtained, remains the applicable forfeiture penalty, as set forth in the Court's original judgment.

2. The Plea Agreement shall remain in full effect in all respects, except that the reference to the "Consent Order of Forfeiture attached as Exhibit A," shall now refer to this Amended Consent Preliminary Order of Forfeiture/Money Judgment, and the terms of this Amended Order shall control the means by which the Money Judgment shall be payable.

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Amended Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, PURNA CHANDRA ARAMALLA, and shall be deemed part of the sentence of the defendant.

3

4. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service (or its designee), and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

5. The United States Marshals Service (or its designee) is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

6. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

7. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

8. The Court shall retain jurisdiction to enforce this Amended Consent Preliminary Order of Forfeiture/Money Judgment, and

to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

9. The Clerk of the Court shall forward three certified copies of this Amended Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Andrew C. Adams, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

10. The signature pages of this Amended Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____      3/5/2021
ANDREW C. ADAMS      DATE
Assistant United States Attorney
1 Saint Andrew's Plaza
New York, NY 10007
(212) 637-2340

[CONTINUED ON FOLLOWING PAGE]

PURNA CHANDRA ARAMALLA

By: _____*P. Aramalla*_____          02/03/2021
     PURNA CHANDRA ARAMALLA            DATE

By: _____*Catherine M. Foti*_____          _____
     CATHERINE M. FOTI, ESQ.              DATE
     Morvillo Abramowitz Grand Iason
     & Anello P.C.
     565 Fifth Avenue
     New York, NY 10017

SO ORDERED:

_____*Paul A. Crotty*_____          March 11, 2021
THE HONORABLE PAUL A. CROTTY         DATE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

6